NER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF TEXAS
Galveston DIVISION

United States Courts
Southern District of Texas
FILED

MAY 06 2020

David J. Bradley, Clerk of Court

Anthony N. Coffield #1056288
Plaintiff's Name and ID Number

Stringfellow Unit 1200
FM 655 Rosharon, Texas 77583
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v. Greg Abbott Governor State Capitol
1400 Congress AVE. P.O. Box 12428
Austin, Texas 78711-2428
Defendant's Name and Address

David Gutierrez (Chairman Board of Pardons & Parole)
Price Daniels Bldg 209 W. 14th St Suite 500
Austin, TX 78711
Defendant's Name and Address

Brian Collier Exec. Director TDCJ-ID
Lori Davis Director
P.O. Box 99 Huntsville, Texas 77342-0099
Defendant's Name and Address
(DO NOT USE "ET AL.")

Ken Paxton
Attorney General 300 W. 15th St.
P.O. Box 12584
Austin, Texas 78711-2548

Dale Wainwright Chairman
Texas Board of Criminal Justice
P.O. Box 13084
Austin, Texas 78711-3084

Bridgett Hayes Warden Stringfellow Unit
1200 FM 655
Rosharon, Texas 77583

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim. Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: N/A

        2. Parties to previous lawsuit:

        Plaintiff(s) N/A

        Defendant(s) N/A

        3. Court: (If federal, name the district; if state, name the county.) _____

        4. Cause number: N/A

        5. Name of judge to whom case was assigned: N/A

        6. Disposition: (Was the case dismissed, appealed, still pending?) N/A

        7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Stringfellow Unit 1200 FM.655 Rosharon, Tx 77583

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? See: Attached Exhaustion Request ___ YES ✓ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Anthony Norman Coffield #1056285
Stringfellow Unit 1200
FM. 655 Rosharon, Texas 77583

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Greg Abbott (Governor State of Texas  State Capitol 1400 Congress Ave.
P.O. Box 12428  Austin Texas 78711-2428
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
See Attached Acts & Omissions

Defendant #2: Ken Paxton (Attorney General State of Texas  300 W. 15th St. 78701
P.O. Box 12548. Austin, Texas 78711-2548
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
See Attached Acts & Ommissions

Defendant #3: David Gutivrez (Chairman Board of Pardons & Paroles
Price Daniels Sr. Bldg. 209 W. 14 st Suite 560 Austin, Texas 77583
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
See Attached Acts & Ommissions

Defendant #4: Dale Wainwright (Chairman of Board of Criminal Justice
P.O. Box 13084 Austin, Texas 78711-3084
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
See Attached Acts & Ommissions

Defendant #5: Brian Collier Executive Director & Lori Davis Institutional Division
P.O. Box 99 Huntsville, Texas 77342-0099
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
See Attached Acts & Ommission

Defendant #6 Bridgett Hayes (Warden Stringfellow Unit
1200 FM. 655
Rosharon, Tx 77583
See Attached Acts & Ommission

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. The Entitled defendants Violated The Plaintiff Eight Amendment right To be Free From Cruel and Unusual punishment. The entitled defendants Acted with deliberate Indifference by Placing The Plaintiff In Imminent danger of Death and Infection To Covid 19. The Defendants Failed To Inform The Brazoria County Health Department. They Were Transfering 100 Confirmed Cases of COVID 19 Cases To the Stringfellow Unit and placing Them In The general population Living Area of None Infected Inmates and The plaintiff. As a result of The Defendants Actions, The plaintiff, Brazoria County residents, and prison gaurds Are Exposed To Unreasonable risk of Serious harm. In Vidlation of The Eighth Amendment of Death & Infection To COVID 19 SEE Attached Acts & Ommissions Of Each Defendant In detail.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Plaintiff Request for Relief [A Preliminary Injunction] SEE Attached Relief & ~~Declaratory Judgment~~

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Anthony Norman Coffield

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Anthony Norman Coffield   TDC #'s 496090, 602339, 1056288

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): N/A
  2. Case number: N/A
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied? N/A   ____ YES ✗ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date warning was issued: N/A

Executed on: 4/28/20
        DATE

Anthony N. Coffield #1056288
Stringfellow Unit 1200
F.M. 655 Rosharon, TX 77583
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  28th  day of  April , 20 20 .
          (Day)              (month)           (year)

Anthony N. Coffield #1056288
Stringfellow Unit 1200
F.M. 655 Rosharon, TX 77583
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15